UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
October 17, 2024 11:38 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 10/17

CASE NO. ____________

1:24-cv-1088
Hala Y. Jarbou
Chief U.S. District Judge

Yul Givan,
PLAINTIFF

-v-

Grand Rapids Police Department,
DEFENDANT

COMPLAINT OF FALSE ARREST WRONGFUL IMPRISONMENT, ILLEGAL SEIZURE, FRAUD, HARRASSMENT PURSUANT TO THE FOURTH CONSTITUTIONAL AMENDMENT AND DOUBLE JEOPARDY UNDER THE FIFTH CONSTITUTIONAL AMENDMENT RIGHTS

HONORABLE COURT,

JURISDICTION

COMES NOW, plaintiff hereinafter "Givan" in pro se with Complaint of False Arrest, Wrongful Imprisonment, Harrassment, Fraud and an Illegal Seizure of persons by respondent whom has double jeopardi zed him by a second arrest and imprisonment for the same offense of driving without a license, in which, Givan was accredited with having served 45 days in the county jail pursuant to the Fourth Constitutional Amendment Rights and the Double Jeopardy

Clause of the Fifth Constitutional Amendment Rights, whereof, jurisdiction and adjudication is invoked upon the Western District of mIchigan.

STATEMENT OF COMMPLAINT

Givan, comes now, with contention(s) in Statement of Complaint of False Arrest, Fraud, Harrassment, Wrongful Imprisonemnt and an Illegal Seizure of his perosns by the respondent, whom, also double jeopardized him by having him to serve an additional imprisonment for the same offense of driving without a license in which he did serve 45 days is the county jail in 2022, in which, he as again arrested in 2023 by respondent officers at his brother's house and was subjected to 100 days in the county jail in what was double jeopardy under the Due Process of the Law Clasues of the Fifth Amendment.

STANDARD OF REVIEW

Givan, contend in Standard of Review as to how Complaint of False Arrest, Wrongful Imprionment, Fraud, harrassment and an Illegal Seizure of his persons as double jeopardy is that 1) he served 45d ays for driving without a license in 2022 2) he was rrrested by respondent officers in 2023 for driving without a licnese a second time and he served 100 days in the county jail in 2023 in violation of the Double Jeopardy Claues of the Fifth Constituitonal Amendment.

3)

## RELEIF SOUGHT

Givan, seeks in Relief Sought that the Western District of Michigan do GRANT and/or APPROVE his Complaint of False Arrest, Fraud, Harrassment and an Illegal Seizure of his perosns [handwritten: person] in violation of the double jeopardy clause of the Fourth and Fifth Constiutional Amendment Rights, whereof, he was wrongfully imprisoned inthe county jail a second time for the same offense of driving without a driver's license by compensating him five million dollars (5,000,000.00) for the wrongful impriosnment and illegal seizure, fraud and harrassment in punitive damages in which he suffered psychological and psychiatric depression and distress.

## CONCLUSION

ACCORDINGLY and UNPRECEDENTED Givan prays that his Complaint ofFalse Arrest, Fraud, Harrassment, Illegal siezure of his persons in violation of the double jeopardy clause of the Civil and Constitutional Amendment Rights in accordance to the Due Process Clausses of the Fourth and Fifth Constitutional Amendment Rights now before the Western District of Michigan for deliberation and review.

RESPECTFULLY SUBMITTED,

Yul Givan/PLAINTIFF

AFFIDAVIT OF SERVICE

I, Yul Givan to certify that a true copy of complaint was served upon The United State Attorney at Ottawa Street Grand Rapids, Michigan by depositing Said in the United State Mail on this 4th day of October 2024, properly Addressed at the address given: Magan Carta

Respectfully,

Prime evidence Standing

Yul Givan

505 Lydia ST ME

Grand Rapid, MI 49503

61ST DISTRICT COURT
KENT COUNTY COURTHOUSE
**SUITE 1400**
180 OTTAWA AVENUE N.W.
GRAND RAPIDS, MICHIGAN 49503

**FORWARDING SERVICE REQUESTED**

FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE PITNEY BOWES
ZIP 49503 $ 000.63⁶
02 7W
0008032259 OCT 15 2024

Western District of Michigan
US District Court
399 Federal Building
Grand Rapids, MI 49503

IANWPMM 49503

From: Yul Givan
505 Lydia St NE
Grand Rapids, MI
49503







To: United States Attorney
180 Ottawa Ave NW
Grand Rapids, MI 49503




4950382703 C023