UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUL GIVAN,

    Plaintiff,

v.                                                                  Hon. Hala Y. Jarbou

GRAND RAPIDS POLICE DEPARTMENT,            Case No. 1:24-cv-1088

    Defendant.

**REPORT AND RECOMMENDATION**

This case was filed on October 17, 2024, under 42 U.S.C. § 1983. Plaintiff claims false arrest, wrongful imprisonment, illegal seizure, fraud, and harassment in violation of the Fourth Amendment, and double jeopardy under the Fifth Amendment, for events that occurred in 2022 and 2023 relating to driving without a license. (ECF No. 1.)

Plaintiff applied to proceed without prepayment of fees, however, the form submitted is for use by a prisoner and does not reflect sufficient information for the Court to determine Plaintiff's financial status. (ECF No. 2.) On October 17, 2024, the Court ordered Plaintiff to submit an amended application on the correct form within seven days. (ECF No. 5.) Plaintiff has failed to submit an amended application within the required time.

As such, pursuant to 28 U.S.C. § 636(b)(1)(B), I recommend that this matter be dismissed as authorized by Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: November 4, 2024                                      /s/ Sally J. Berens
                                                             SALLY J. BERENS
                                                             U.S. Magistrate Judge


OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).