UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUL GIVAN,

    Plaintiff,

v.

    Case No. 1:24-cv-1088

GRAND RAPIDS POLICE DEPARTMENT,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On November 4, 2024, the magistrate judge entered a report and recommendation ("R&R") that the Court dismiss the case for lack of prosecution and for failure to comply with the Court's rules and orders. (R&R, ECF No. 7.) The magistrate judge gave Plaintiff until November 18, 2024, to file objections. That deadline has passed. The Court has not received objections to the R&R. The Court has reviewed the R&R and approves it. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

The Court will enter a judgment dismissing the case.

Dated: November 22, 2024      /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    CHIEF UNITED STATES DISTRICT JUDGE